| **United States Bankruptcy Court**<br>**District of Wyoming** | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle)<br>**Tobler, Randall D.** | Name of Joint Debtor (Spouse) (Last, First Middle)<br>**Tobler, Janet L.** |
|---|---|
| All Other Names used by Debtor in Last 6 years<br>(include married, maiden and trade names)<br>**Grandma's Kitchen, Inc.** | All Other Names used by Joint Debtor in Last 6 years<br>(include married, maiden and trade names)<br>**Grandma's Kitchen, Inc.** |
| Social Security/Tax I.D. No. (If more than one state all)<br>**7025** | Social Security/Tax I.D. No. (If more than one state all)<br>**8497** |
| Street Address of Debtor (No. & Street, City State & Zip Code)<br>**112 South Second Street**<br>**Glenrock, WY 82637** | Street Address of Joint Debtor (No. & Street, City State & Zip Code)<br>**112 South Second Street**<br>**Glenrock, WY 82637** |
| County of Residence or of the Principal Place of Business:<br>**Converse** | County of Residence or of the Principal Place of Business:<br>**Converse** |
| Mailing Address of Debtor (if different from street address)<br>**P. O. Box 1291**<br>**Glenrock, WY 82637** | Mailing Address of Joint Debtor (if different from street address)<br>**P. O. Box 1291**<br>**Glenrock, WY 82637** |

| Location of Principal Assets of Business Debtor (if different from street address above)<br>**Not applicable** |
|---|

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ There is a bankruptcy case concerning the debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one Box) |
|---|---|---|
| ☒ Individuals | ☐ Railroad | ☒ Chapter 7 ☐ Chapter 11 ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Section 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ | | |

| **Nature of Debts** (Check one Box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ☒ Consumer/Non-Business | ☐ Business | ☒ Full Filing Fee Attached |

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. §101

☐ Debtor is and elects to be considered a small business under 11 U.S.C. §1121(e) (Optional)

☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the Court's Consideration Certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administration Information** (Estimates Only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available to distribution to unsecured creditors.

*THIS SPACE IS FOR COURT USE ONLY*

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| **Estimated Assets** | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,000 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1,000,000 | $1,000,001 to<br>$10,000,000 | $10,000,0001 to<br>$50,000,0001 | $50,000,0001 to<br>$100million | More than<br>$100 million |
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Estimated Debts** | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,000 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1,000,000 | $1,000,001 to<br>$10,000,000 | $10,000,0001 to<br>$50,000,0001 | $50,000,0001 to<br>$100million | More than<br>$100 million |
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

## Voluntary Petition
(This page must be completed and filed in every case)

**Name of Debtor(s)**

**Tobler, Randall & Janet**

| Location: **None** Where Filed: | Case Number: | Date Filed: |
|---|---|---|

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

---

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
{if petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7} I am aware that I may proceed under Chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and have choose to proceed under Chapter 7.
I request relief in accordance with the chapter of title 11 United States Code, specified in this petition.

X _Randall D Tobler_
Signature of Debtor, RANDALL D. TOBLER

X _Janet L. Tobler_
Signature of Joint Debtor, JANET L. TOBLER

Telephone Number (if not represented by attorney)
_3-15-05_
Date

**Signature of Debtor (Corporation/ Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11 United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

---

**Signature of Attorney**

X _Gloria J. Monroe_
Signature of Attorney for Debtor(s)

**Gloria J. Monroe**
Printed Name of Attorney for Debtor(s)
**Law Offices of Gloria J. Monroe**
Firm Name
**141 South Center, Suite 313**
Address
**Casper, WY 82601-1980**
**(307) 265-6611**
Telephone Number

_March 18, 2005_
Date

**Signature(s) of Debtor(s) (Individual/Joint)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Preparer

_____
Social Security Number

_____
Address

Names and Social Security Numbers of al other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document attach additional sheets conforming to the appropriate official form for each person

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. §156.

---

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11 United States Code, and have explained the relief available under each such chapter.

X _Gloria J. Monroe_  _3-18-05_
Signature of Attorney for Debtor(s)    Date

In Re: RANDALL & JANET TOBLER                          Case No.

### SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or
future interest, including all property owned as a co-tenant, community property, or in which the debtor
has a life estate. Include any property in which the debtor holds rights and powers exercisable in the
debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by
placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community". If the Debtor
holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in
Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of
the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property,
write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption
claimed only in Schedule C - Property Claimed as Exempt.

---

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTION ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| real property located 112 South Second Glenrock, WY | | J | 36,000.00 | 36,000.00 |

===================

TOTAL REAL PROPERTY.................          $36,000.00

In Re: RANDALL & JANET TOBLER                                    Case No.

### SCHEDULE B – PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the Debtor
has no property in one or more of the categories, place an "X" in the appropriate position in the column
labeled "None". If additional space is needed in any category, attach a separate sheet properly inden-
tified with the case name, and the number of the category.  If the debtor is married, state whether hus-
band, wife or both own the property by placing an "H", "W", "J" or "C" in the column labeled "Husband,
Wife, Joint, or Community."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption
claimed only in Schedule C – Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in
Schedule G – Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address u
Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION | HUSBAND, WIFE JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTION ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| (1) Cash on Hand | none | | | |
| (2) Checking, Savings or other financial-none accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | | | |
| (3) Security Deposits with public utilities, telephone companies, land-lords, and others. | | Bill Bourret security deposit for business | J | 1,600.00 |
| (4) Household goods and furnishings, including audio, video and computer equipment. | | see attached Exhibit | J | 477.00 |
| (5) Books, pictures and other art objects antiques, stamp, coin, record, tape, compact disk, and other collections or collectibles. | | misc. books | J | 5.00 |
| (6) Wearing apparel. | | misc. womenswear misc. menswear | W H | 50.00 50.00 |
| (7) Furs and jewelry. | | wedding rings earrings | J W | 25.00 5.00 |
| (8) Firearms and sports, photographic, and other hobby equipment. | none | | | |
| (9) Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Met Life - term insurance | J | |
| (10) Annuities. Itemize and name each issuer. | none | | | |

In Re: RANDALL & JANET TOBLER                                    Case No.

SCHEDULE B - PERSONAL PROPERTY

------------------------------------------------------------------------------------

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION | HUSBAND, WIFE JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTION ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| (11)Interests in IRA, ERISA, Keogh, or other pension or profit sharing Plans. Itemize. | none | | | |
| (12)Stock and interests in incorporated and unincorporated businesses. Itemize. | none | | | |
| (13)Interests in Partnerships or joint ventures. Itemize. | none | | | |
| (14)Government and corporate bonds and other negotiable and nonnogotiable instruments. | none | | | |
| (15)Accounts Receivable. | none | | | |
| (16)Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | none | | | |
| (17)Other liquidated debts owing debtor including tax refunds. Give the particulars. | none | | | |
| (18) Equitable or future interests, life estates, and rights or powers exerciseable for the benefit of the debtor, other than those listed in the Schedule of Real Property. | none | | | |
| (19) Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | none | | | |
| (20) Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | none | | | |
| (21) Patents, copywrites, and other intellectual property. Give the particulars. | none | | | |
| (22) Licenses, franchises and other general intangibles. Give the particulars. | none | | | |

In re: RANDALL & JANET TOBLER                                    Case No.

SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION | HUSBAND, WIFE JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTION ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| (23) Automobiles, trucks, trailers and other vehicles and accessories. | | 97 Chrysler Concorde VIN 2C3HD56F3VH766179 | J | 1,500.00 |
| (24) Boat, motors, and accessories. | none | | | |
| (25) Aircraft and accessories. | none | | | |
| (26) Office equipment, furnishings and supplies. | none | | | |
| (27) Machinery, fixtures, equipment, and supplies used in business. | none | | | |
| (28) Inventory. | none | | | |
| (29) Animals. | none | | | |
| (30) Crops - growing or harvested. Give the particulars. | none | | | |
| (31) Farming equipment and implements. | none | | | |
| (32) Farm supplies, chemicals and feed. | none | | | |
| (33) Other personal property of any kind not already listed. Itemize. | | | | |

$3,712.00
=====================

In Re: RANDALL & JANET TOBLER

SUPPLEMENTAL EXHIBIT PAGES TO SCHEDULE B - PERSONAL PROPERTY

EXHIBIT A TO ITEM (4) HOUSEHOLD ITEMS

| # of items | description of item | value per item | total value |
|---|---|---|---|
| 1 | stove | $20.00 | $20.00 |
| 1 | refrigerator | $20.00 | $20.00 |
| 1 | dining room set | $15.00 | $15.00 |
| 1 | dry sink | $25.00 | $25.00 |
| 2 | chairs | $5.00 | $10.00 |
| 1 | couch | $15.00 | $15.00 |
| 1 | bedroom set | $50.00 | $50.00 |
| 1 | misc. dishes, pots, pans, etc. | $25.00 | $25.00 |
| 1 | misc. linens, towel, etc. | $10.00 | $10.00 |
| 1 | washer/dryer | $20.00 | $20.00 |
| 1 | TV | $15.00 | $15.00 |
| 1 | coffee table | $2.00 | $2.00 |
| 1 | piano | $150.00 | $150.00 |
| 1 | lamps | $25.00 | $25.00 |
| 1 | desk | $25.00 | $25.00 |
| 1 | tools | $50.00 | $50.00 |
| 1 | | $0.00 | $0.00 |
| 1 | | $0.00 | $0.00 |
| 1 | | $0.00 | $0.00 |
| 1 | | $0.00 | $0.00 |
| 1 | | $0.00 | $0.00 |
| 1 | | $0.00 | $0.00 |
| 1 | | $0.00 | $0.00 |
| 1 | | $0.00 | $0.00 |
| 1 | | $0.00 | $0.00 |
| 1 | | $0.00 | $0.00 |
| 1 | | $0.00 | $0.00 |
| 1 | | $0.00 | $0.00 |
| 1 | | $0.00 | $0.00 |
| 1 | | $0.00 | $0.00 |
| 1 | | $0.00 | $0.00 |
| 1 | | $0.00 | $0.00 |
| 1 | | $0.00 | $0.00 |
| 1 | | $0.00 | $0.00 |
| 2 | | $0.00 | $0.00 |
| 1 | | $0.00 | $0.00 |
| 1 | | $0.00 | $0.00 |
| 1 | | $0.00 | $0.00 |
| 1 | | $0.00 | $0.00 |
| 1 | | $0.00 | $0.00 |
| 1 | | $0.00 | $0.00 |
| 1 | | $0.00 | $0.00 |
| 1 | | $0.00 | $0.00 |
| 1 | | $0.00 | $0.00 |
| 1 | | $0.00 | $0.00 |
| 1 | | $0.00 | $0.00 |
| 1 | | $0.00 | $0.00 |
| 1 | | $0.00 | $0.00 |
| 1 | | $0.00 | $0.00 |

Total Exhibit A                                    $477.00

EXHIBIT A TO ITEM (4) HOUSEHOLD ITEMS

**In Re: Randall & Janet Tobler**          Case No. _____

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor selects the exemptions to which the debtor is entitled under

Check one:

☐   11 U.S.C. §522(b)(1)     Exemptions provided in 11 U.S.C.§522(d)

☒   11 U.S.C. §522(b)(1)     Exemptions available under applicable non-bankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180 day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable non bankruptcy law.

| Description of Property | | Specify Law Providing each Exemption | Value Claimed Exempt | Current Net Market Value of Property without Deducting for Exemption | H | W |
|---|---|---|---|---|---|---|
| Homestead | Land and Home | W. S. § 1-20-101 | $20,000 | $36,000 | X | X |
|  |  |  |  |  |  |  |
| Wearing Apparel | | W. S. § 1-20-105 | 100% | $100 | X | X |
| Family Bible and Photographs | | W. S. § 1-20-106(a)(i) | 100% |  | X | X |
| Household Goods | | W. S. § 1-20-106(a)(iii) | $4,000 | $477 | X | X |
| Motor Vehicle - 97 Chrysler | | W. S. § 1-20-106(a)(iv) | $4,800 | $1,500 | X | X |
| Life Insurance - Met Life | | W.S. §26-15-129 | 100% |  | X | X |
| Private Retirement - monthly income | | W.S. §1-20-110 | 100% | $123 | X |  |
| Social Security Benefits | | 42 U.S.C. §407 | 100% |  |  | X |

In re RANDALL & JANET TOBLER _____,   Case No._____
_____Debtor                                        (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☒  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

| | Subtotal → (Total of this page) | $ |
|---|---|---|
| | Total → (Use only on last page) | $ |

_____ continuation sheets attached

(Report total also on Summary of Schedules)

In re____RANDALL & JANET TOBLER_____,   Case No._____
Debtor   .   (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation sheet)

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   000232946 | | | | | | | | |
| Department of Employment 1510 East Pershing Blvd. Cheyenne, WY 82002 | No | J | WC & Unemployment taxes | No | Yes | No | $2,386.59 | Unknown |
| ACCOUNT NO.   00005095696 | | | | | | | | |
| Department of Employment 1510 East Pershing Blvd. Cheyenne, WY 82002 | No | J | WC employee claim | No | Yes | Yes | $2,994.79 | Unknown |
| ACCOUNT NO.   83-0333136 | | | | | | | | |
| Internal Revenue Service 5353 Yellowstone Road Cheyenne, WY 82009 | No | J | 03 -941 taxes | No | Yes | No | $3,591.60 | Unknown |
| ACCOUNT NO.   2004-0425 | | | | | | | | |
| WY Dept. of Revenue 122 W. 25th Street Cheyenne, WY 82002 | No | J | sales tax | No | Yes | No | $1,300.27 | Unknown |
| ACCOUNT NO. | | | | | | | | |
| | | | | | | | | |

Sheet no.___1___of___1___sheets attached to Schedule of Creditors
Holding Unsecured Priority Claims

Subtotal -> (Total of this page)   $   $10,273.25

Total -> (Use only on last page of the completed Schedule E.)   $   $10,273.25

(Report total also on Summary of Schedules)

Forms Inc. • P.O. Box 1109 • La Jolla, CA 92038 • Schedule E - Page 2 • Official Form 6

In re _____ RANDALL & JANET TOBLER _____ ,    Case No. _____
                        (Debtor)                                              (If known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 0532115614001 <br><br> A T & T <br> P. O. Box 78225 <br> Phoenix, AZ 85062 | No | J | phone services | No | Yes | No | $95.90 |
| **ACCOUNT NO.** 000399832 <br><br> ADCOM Universal <br> 2921 Avenue E East <br> Arlington , TX 75011 | No | J | turned to Dann & Falgiani | No | Yes | No | $0.00 |
| **ACCOUNT NO.** loan #143 <br><br> Amoco Federal CU <br> P. O. Box 889 <br> Texas City, TX 77592 | No | J | turned to BCM, Inc. | No | Yes | No | $0.00 |
| **ACCOUNT NO.** 4455307 <br><br> ANRS <br> 15545 SE 102nd. Avenue <br> Clacamas, OR 97015 | No | J | Food Service collection | No | Yes | No | $663.86 |
| **ACCOUNT NO.** 1270428 <br><br> ARS <br> P. O. Box 70 <br> Scottsbluff, NE 69363 | No | J | 04 <br> Kinder Morgan collection | No | Yes | No | $540.77 |

Sheet no. _____ of _____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal - > (Total of this page)    $ | $1,300.53

Total - > $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedule)

In re _____RANDALL & JANET TOBLER_____,   Case No. _____
(Debtor)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 32010-0 <br><br> Business Creditor Managmt <br> P. o. Box 297 <br> Willis, TX 77378 | No | J | Amoco Federal collection | No | Yes | No | $2,337.73 |
| **ACCOUNT NO.** CV-2003-0166 <br><br> Casper Surgical Center <br> 1201 East Third <br> Casper, WY 82601 | No | J | turned to RMR, Inc. | No | Yes | No | $0.00 |
| **ACCOUNT NO.** CV-2003-0181 <br><br> Clapp & Associates <br> 323 South David <br> Casper, WY 82601 | No | J | attorneys fees | No | Yes | No | $1,044.45 |
| **ACCOUNT NO.** 0532114472001 <br><br> Collection Bureau America <br> 25954 Eden Landing Road <br> Hayward, CA 94545 | No | J | AT&T phone services | No | Yes | No | $161.52 |
| **ACCOUNT NO.** various medical <br><br> Collection Center <br> P. O. Box 4000 <br> Rawlins, WY 82301 | No | J | Glenrock Health | No | Yes | No | $91.50 |

Sheet no. __2__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal - > $ $3,635.20
(Total of this page)

Total - > $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedule)

In re _____RANDALL & JANET TOBLER_____,   Case No. _____
                    (Debtor)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   CV-2004-0257<br><br>Collection Center<br>P. O. Box 4000<br>Rawlins, WY 82301 | No | J | Judgment various accounts | No | Yes | No | $3,751.31 |
| ACCOUNT NO.   CV-2004-0425<br><br>Collection Center<br>P. O. Box 4000<br>Rawlins, WY 82301 | No | J | Judgment various accounts | No | Yes | No | $1,175.11 |
| ACCOUNT NO.   01451585<br><br>Collection Center<br>P. O. Box 4000<br>Rawlins, WY 82301 | No | J | Rural Health collection | No | Yes | No | $40.13 |
| ACCOUNT NO.   CV-2004-0425<br><br>Collection Center<br>P. O. Box 1470<br>Rawlins, WY 82301 | No | J | judgment | No | Yes | No | $1,265.45 |
| ACCOUNT NO.   various medical<br><br>Collection Center<br>P. O. Box 4000<br>Rawlins, WY 82301 | No | J | Glenrock Health | No | Yes | No | $91.50 |

Sheet no. _____ of _____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal - > (Total of this page)   $   $6,323.50

Total - > (Use only on last page of the completed Schedule F)   $

(Report total also on Summary of Schedule)

In re _____ RANDALL & JANET TOBLER _____ ,   Case No. _____
(Debtor)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 000399832 <br><br> Dan & Falgiani <br> 4531 Belmont Ave. #C <br> Youngstown, OH 44505 | No | J | ADCOM collection | No | Yes | No | $0.00 |
| **ACCOUNT NO.** <br><br> Dr. Angelo Santiago <br> 1020 East Second, #100 <br> Casper, WY 82601 | No | J | medical services | No | Yes | No | $248.00 |
| **ACCOUNT NO.** <br><br> Dr. Pipen & Hageman <br> 1224 East Second <br> Casper, WY 82601 | No | J | medical services | No | Yes | No | $161.88 |
| **ACCOUNT NO.** <br><br> Drs. Pippen & Hageman <br> 1224 East Second <br> Casper, WY 82601 | No | J | medical services | No | Yes | No | $161.88 |
| **ACCOUNT NO.** <br><br> Glenrock Independent <br> P. O. Box 9 <br> Glenrock, WY 82637 | No | J | Grandma's Kitchen | No | Yes | No | $732.32 |

Sheet no. __4__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal -> $ **$1,304.08**
(Total of this page)

Total -> $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedule)

RANDALL & JANET TOBLER

In re _____ ,    Case No. _____
(Debtor)                                          (If known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 126240370408000061 <br><br> Harold E. Scherr <br> 300 Primera Blvd, #356 <br> Lake Mary, FL 32746 | No | J | Household collection | No | Yes | No | $0.00 |
| **ACCOUNT NO.** 00000146 <br><br> Healthcare Payment System <br> P. O. Box 4000 <br> Rawlins, WY 82301 | No | J | Converse Hosipal collection | No | Yes | No | $3,398.77 |
| **ACCOUNT NO.** <br><br> Hilltop National Bank <br> P. O. Box 2680 <br> Casper, WY 82602 | No | J | overdraft | No | Yes | No | $82.09 |
| **ACCOUNT NO.** 5467020000226855 <br><br> Household Credit Services <br> P. O. Box 98715 <br> Las Vegas, NV 89193-8715 | No | J | turned to H. Scherr | No | Yes | No | $9,459.13 |
| **ACCOUNT NO.** <br><br> Jan Charles Gray <br> P. O. Box 826 <br> Los Angeles, CA 90078 | No | J | property lease | No | Yes | No | $1,500.00 |

Sheet no. _____ of _____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal - > (Total of this page) | $ 14,439.99 |
| Total - > (Use only on last page of the completed Schedule F) | $ |

(Report total also on Summary of Schedule)

In re ___RANDALL & JANET TOBLER___ ,   Case No. _____

(Debtor)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** GRANKIT <br><br> Jeffers Electric, Inc. <br> P. O. Box 713 <br> Douglas, WY 82633 | No | J | Grandma's Kitchen | No | Yes | No | $937.86 |
| **ACCOUNT NO.** 1270428-4 <br><br> Kinder Morgan <br> P. O. Box 3000 <br> Scottsbluff, NE 69363-3000 | No | J | Grandma's Kitchen | No | Yes | No | $540.77 |
| **ACCOUNT NO.** 1007987 <br><br> McCarthy, Burgess & Wolfe <br> 26000 Cannon Road <br> Cleveland, OH 44146 | No | J | Phone Directories collect | No | Yes | No | $43.39 |
| **ACCOUNT NO.** 529808497 <br><br> Medical Testing Lab <br> 2115 East 12th Street <br> Casper, WY 82601 | No | J | turned to RMA | No | Yes | No | $0.00 |
| **ACCOUNT NO.** 5467020000226855 <br><br> NCB Management Services <br> P. O. Box 1099 <br> Langhorne, PA 19047 | No | J | Household collection | No | Yes | No | $0.00 |

Sheet no. __6__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal - >   $ | $1,522.02
(Total of this page)

Total - >   $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedule)

In re _____ RANDALL & JANET TOBLER _____ ,    Case No. _____

(Debtor)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Neal M. Johnson <br> P. O. Box 1416 <br> Glenrock, WY 82637 | No | J | business & personal taxes | No | Yes | No | $1,875.00 |
| **ACCOUNT NO.** 33625616-0019 <br><br> Pacific Power <br> 1033 NE 6th Ave. <br> Portland, OR 97256-0001 | No | J | Grandma's Kitchen | No | Yes | No | $2,194.95 |
| **ACCOUNT NO.** 1156388 <br><br> Phone Directories Co. <br> 135 South Mountain Way Dr. <br> Orem, UT 84058 | No | | advertising | No | Yes | No | $276.14 |
| **ACCOUNT NO.** CV-2004-0425 <br><br> Qwest <br> Payment Center <br> Denver, CO 80244-0001 | No | J | phone service | No | Yes | No | $115.92 |
| **ACCOUNT NO.** 335787 <br><br> RMA <br> P. O. Box 970 <br> Casper, WY 82602 | No | J | Medical Lab collection | No | Yes | No | $52.44 |

Sheet no. __7__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal - > | $ | $4,514.45 |
| (Total of this page) | | |
| Total - > | $ | |

(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedule)

In re _____ RANDALL & JANET TOBLER _____ ,    Case No. _____
(Debtor)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 274616 <br><br> RMA <br> P. O. Box 970 <br> Casper, WY 82602 | No | J | WY Medical collection | No | Yes | No | $373.74 |
| ACCOUNT NO. CV-2003-0166 <br><br> Rocky Mountain Recovery <br> 400 East First, #312 <br> Casper, WY 82601 | No | J | Judgment | No | Yes | No | $3,246.67 |
| ACCOUNT NO. 7714110086501616 <br><br> Sams Club <br> P. O. Box 981064 <br> El Paso, TX 79998-1064 | No | J | purchases | No | Yes | No | $580.18 |
| ACCOUNT NO. 399832 <br><br> Universal Adcom <br> P. O. Box 535667 <br> Grand Prairie, TX 75053-5667 | No | J | ADCOM collection | No | Yes | No | $209.50 |
| ACCOUNT NO. CV-2003-0166 <br><br> Wyoming Center for Sight <br> 1421 Wilkins Circle <br> Casper, WY 82601 | No | J | turned to RMR, Inc. | No | Yes | No | $0.00 |

Sheet no. __8__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal - > | $ | $4,410.09
(Total of this page)
Total - > | $ |
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedule)

In re _____RANDALL & JANET TOBLER_____,    Case No. _____
                    (Debtor)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.      274616<br><br>Wyoming Medical Center<br>1233 East Second<br>Casper, WY 82601 | No | J | turned to RMA | No | Yes | No | $0.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _____ of _____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal - > $       $0.00
(Total of this page)
Total - > $     $37,449.88
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

In re: RANDALL & JANET TOBLER                           Case No. _____

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any time share interests.

State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", ect.  State whether Debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

____ Check here if debtor has no executory contracts or unexpired leases.

---

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NON-RESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Jan Charles Gray | Randy Tobler/Nancy Porter, Tenants see lease agreement |

In re: RANDALL & JANET TOBLER                          Case No. _____

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a
joint case, that is also liable on any debts listed by debtor in the schedules of creditors.
Include all guarantors and cosignors. In community property states, a married debtor not filing a
joint case should report the name and address of the non-debtor spouse on this schedule.  Include
all names used by the non-debtor spouse during the six years immediarely preceding the commencement
of this case.


__X__ Check here if debtor has no codebtors.

-------------------------------------------------------------------------------------------------

        NAME AND ADDRESS OF CODEBTOR              NAME AND ADDRESS OF CREDITOR

-------------------------------------------------------------------------------------------------

**In re: RANDALL & JANET TOBLER      Case No.**

## Schedule I- CURRENT INCOME OF INDIVIDUAL DEBTORS

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a Chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status | Dependants of Debtor and Spouse | | |
|---|---|---|---|
| Married | Names | Age | Relationship |
| | | | |

| EMPLOYMENT | Debtor | Spouse |
|---|---|---|
| Occupation | cook | disabled |
| Name of Employer | Country Grill | |
| How Long Employed | | |
| Address of Employer | | |

| INCOME (Estimate of Average Monthly Income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary & commissions (prorate if not monthly) | $0.00 | $0.00 |
| Estimated Monthly Overtime | $ | |
| SUBTOTAL | **$0.00** | **$0.00** |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll Taxes | $0.00 | $0.00 |
| b. Social Security (Tier I & II & Medicare) | $0.00 | $0.00 |
| c. Insurance | $0.00 | $0.00 |
| d. Thrift Savings | $0.00 | $0.00 |
| e. 401(k) | $0.00 | $0.00 |
| f. Other: | $0.00 | $0.00 |
| SUBTOTAL PAYROLL DEDUCTIONS | $0.00 | $0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | **$0.00** | **$0.00** |
| Regular Income from Operation of Business (attach detailed statement) | $0.00 | $0.00 |
| Income from real property | $0.00 | $0.00 |
| Interest & Dividends | $0.00 | $0.00 |
| Alimony, maintenance or support payments paid to the debtor | $0.00 | $0.00 |
| Social Security or other governmental assistance | $0.00 | $0.00 |
| Disability & Social Security of Veteran's Compensation - SSI | $0.00 | $555.00 |
| Pension or Retirement Income | $123.24 | $0.00 |
| Other: | $0.00 | $0.00 |
| Total Monthly Income From Sources than Payroll | $123.24 | $555.00 |
| TOTAL COMBINED INCOME | | **$678.24** |

Describe any increase or decrease of more than 10% in any one of the categories anticipated to occur within the year following the filing of the document:

In re:  **RANDALL & JANET TOBLER**        **Case No.**

## Schedule J- CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average weekly expenses of the debtor and the debtor's family.  Prorate any payments made bi-weekly, quarterly, semi-annually or annually to show monthly rate.

☐        Check here if a joint petition has been filed and the debtor's spouse maintains a separate household.
         Complete a separate schedule of expenditures labeled spouse.

| | | |
|---|---|---|
| Rent  or  Home Mortgage Payment (Include lot rent for mobile home) Are Taxes included: Is Property Insurance Included: | | $0.00 |
| Utilities | | $340.00 |
| | Heating Fuel & Electricity | $200.00 | |
| | Water & Sewer | $40.00 | |
| | Telephone | $50.00 | |
| | Cable Television - | $50.00 | |
| | Other: | $0.00 | |
| Home Maintenance | | $50.00 |
| Food | | $350.00 |
| Clothing | | $50.00 |
| Laundry & Dry Cleaning | | $0.00 |
| Medical, Dental & Drug Expense ( | | $250.00 |
| Transportation (not including car payment) | | $100.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | $40.00 |
| Charitable Contributions | | $0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | $156.00 |
| | Homeowners or Renters | $50.00 | |
| | Life | $65.00 | |
| | Health | $0.00 | |
| | Auto | $41.00 | |
| | Other - parking | $0.00 | |
| Taxes (not deducted from wages or included in Home Mortgage | | $45.00 |
| | Income | $0.00 | |
| | Sales/property | $30.00 | |
| | Auto Plates & Licensing | $15.00 | |
| Installment Payments (In Ch. 12 & 13 do not list payments included in plan) | | $0.00 |
| | Second mortgage | $0.00 | |
| | Auto payment | $0.00 | |
| | furniture payment | $0.00 | |
| Alimony, Maintenance, and support paid to others - back child support | | $0.00 |
| Payments for support of additional dependants not living at home | | $0.00 |
| Regular expenses from operation of business, profession or farm | | $0.00 |
| Other expenses: | | $0.00 |
| | education/professional development | $0.00 | |
| | children lunches | $0.00 | |
| | personal hygiene items/haircuts | $0.00 | |
| TOTAL MONTHLY EXPENSES | | $1,381.00 |

{FOR CHAPTER 12 AND 13 DEBTORS ONLY}

| | | Current |
|---|---|---|
| A. | Total Projected Income | $678.24 |
| B. | Total Projected Expenses | $1,381.00 |
| C. | Excess income (A. minus B.) | ($702.76) |
| D. | Total to be paid into plan each interval | $0.00 |
| E. | Interval of payments to plan | |

Note:

In re: **RANDALL & JANET TOBLER**                    **Case No.**

## SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A. Real Property | YES | 1 | $36,000.00 | ■ | ■ |
| B. Personal Property | YES | 4 | $3,712.00 | ■ | ■ |
| C. Property claimed as Exempt | YES | 1 | ■ | ■ | ■ |
| D. Creditors Holding Secured Claims | YES | 1 | ■ | $0.00 | ■ |
| E- Creditors Holding Unsecured Priority Claims | YES | 1 | ■ | $10,273.25 | ■ |
| F- Creditors Holding Unsecured Non Priority Claims | YES | 9 | ■ | $37,449.86 | ■ |
| G. Executory Contracts and Unexpired Leases | YES | 1 | ■ | ■ | ■ |
| H. Codebtors | YES | 1 | ■ | ■ | ■ |
| I - Current Income of Individual Debtor(s) | YES | 1 | ■ | ■ | $678.24 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | ■ | ■ | $1,381.00 |
| TOTAL NUMBER OF SHEETS OF ALL SCHEDULES.................... | | 21 | ■ | ■ | ■ |
| TOTAL ASSETS............... | | | $39,712.00 | | ■ |
| TOTAL LIABILITES.......... | | | | $47,723.11 | |

**In re: RANDALL & JANET TOBLER**

### DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

*[If completed by an individual or individual or spouse]*

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _**22**_ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date _**2-15-05**_

Signature _____
of Debtor **RANDALL D. TOBLER**

Signature _____
of Joint Debtor **JANET L. TOBLER**
(if any)

* * * * * * *

### DECLARTION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets and that they are true and correct to the best of my knowledge information and belief.

Date_____

Signature  _____

Print Name and Title

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

# United States Bankruptcy Court

## FOR THE DISTRICT OF WYOMING

**In Re:**                                                    Case No.

**RANDALL D. TOBLER,**
**JANET L. TOBLER,**

(Name)                    DEBTORS.                    (if known)

## STATEMENT OF FINANCIAL AFFAIRS

NONE
☑

**1. Income from employment or operation of business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from the operation of the debtor's business from the beginning of the calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year my report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under Chapter 12 or Chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| YEAR | AMOUNT | SOURCE |
|------|--------|--------|
|      |        |        |

NONE
☑

**2. Income other than from employment or operation of business**

State the amount of income received by the Debtor other than from employment, trade, profession or operation of the debtor's business during the last two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed state the income fro each spouse separately. (Married debtors filing under Chapter 12 or Chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| YEAR | AMOUNT | SOURCE |
|------|--------|--------|
| 2004 | $5,356.88 | SS & Retirement |
| 2003 | $8,126.88 | SS & Retirement |

### 3. Payments to creditors.

NONE
☑

**a. Payments to non-insider creditors.**

List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include al payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**In addition to regular monthly payments, the following payments were made:**

| NAME AND ADDRESSES OF CREDITORS | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT OWING |
|---|---|---|---|
| | | | |

NONE
☑

**b. Payments to insider creditors.**

List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under Chapter 12 or Chapter 13 must include al payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**In addition to regular monthly payments, the following payments were made:**

| NAME AND ADDRESS OF CREDITORS | RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT OWING |
|---|---|---|---|---|
| | | | | |

### 4. Suits, executions, garnishments and attachments

NONE
☐

a.    List all suits to which the debtor is or was a party with one year immediately preceding the commencement of this case (Married debtors filing under Chapter 12 or Chapter 13 must include this information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NO. | NATURE OF ACTION | COURT AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Rocky Mountain Recovery v. Toblers | CV-2003-0166 | Circuit Court Converse County | Judgment |
| Clapp & Associates v. Toblers | CV-2003-0181 | Circuit Court | Judgment |
| CollectionCenter v. Toblers, dba Grandma's Kitchen Inc. | CV-2004-0425 | Cirucuit Court | Judgment |
| Utah Oil Workers CU v. Toblers | #13834 | District Court Converse County | Judgment |

NONE
☑

b.    Describe all property which has been attached garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case (Married debtors filing under Chapter 12 or Chapter 13 must include this information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SEIZURE | DESCRIPTION & VALUE OF PROPERTY TAKEN |
|---|---|---|
| **Utah Oil Workers CU** | **6/04** | **$1,007.02** |

NONE
☑

**5.    Repossessions, foreclosures and returns**
List all property that has been repossessed by a creditor, sold at foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller within one year immediately preceding the commencement of this case (Married debtors filing under Chapter 12 or Chapter 13 must include this information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF TRANSFER | DESCRIPTION & VALUE OF PROPERTY TAKEN |
|---|---|---|

**6. Assignments and receiverships**

NONE
☑

**a. Assignments**
Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case (Married debtors filing under Chapter 12 or Chapter 13 must include this information concerning assignments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF ASSIGNMENT | DESCRIPTION & VALUE OF PROPERTY |
|---|---|---|

NONE
☑

**b. Receiverships**
List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case (Married debtors filing under Chapter 12 or Chapter 13 must include this information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME OF COURT CASE TITLE, CASE NO. | DATE OF ORDER | DESCRIPTION & VALUE OF PROPERTY HELD |
|---|---|---|---|

NONE ☑

## 7. Gifts

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under Chapter 12 or Chapter 13 must include gifts or contributions of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON RECEIVING GIFT | RELATIONSHIP TO THE DEBTOR | DATE OF GIFT | DESCRIPTION AND VALUE OF THE PROPERTY GIFTED |
|---|---|---|---|
| | | | |

NONE ☑

## 8. Losses

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of the case or since the commencement of the case. (Married debtors filing under Chapter 12 or Chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF THE PROPERTY LOST | DESCRIPTION OF CIRCUMSTANCES IF LOSS WAS COVERED BY INSURANCE INCLUDE POLICY # | DATE OF LOSS |
|---|---|---|
| | | |

NONE ☐

## 9. Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of the case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Gloria J. Monroe | Pre-petition | $1,200.00 |

NONE ☑

## 10. Other transfers

List all other property, other than property transferred in the ordinary course of business or financial affairs of the debtor, transferred either absolutely or as security within one year within one year immediately preceding the commencement of the case. (Married debtors filing under Chapter 12 or Chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME OF RECIPIENT AND ADDRESS | DATE OF TRANSFER | DESCRIPTION OF PROPERTY & VALUE | VALUE RECEIVED BY DEBTOR |
|---|---|---|---|
| Suzanne Harnett-Norden | 6/04 | real property - $170,000 see divorce decree | none |

**NONE**
☑

## 11. Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold or otherwise transferred within one year immediately preceding the commencement of the case or since the commencement of the case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments: shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning accounts or instruments held by or for the benefit of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND # OF ACCOUNT | BALANCE ON DATE CLOSED | IF NOT OPEN DATE CLOSED |
|---|---|---|---|
| **Hilltop National Bank** | **checking** | **$.00** | **9/04** |

**NONE**
☑

## 12. Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of the case or since the commencement of the case. (Married debtors filing under Chapter 12 or Chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER. |
|---|---|---|---|

**NONE**
☑

## 13. Setoffs

List all setoffs made by any creditor, including a bank, against a debtor or deposit of a debtor within 90 days immediately preceding the commencement of the case or since the commencement of the case. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SET OFF | AMOUNT OF SETOFF |
|---|---|---|

**NONE**
☑

## 14. Property held for another person

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

NONE
☑

**15.    Prior address of debtor**

If the debtor has moved within two years immediately preceding the commencement of the case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| | | |

----------------------------------------------------------------

NONE
☑

**16.    Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington or Wisconsin) within the six year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides ore resided with the debtor in the community property state.

_____

**17. Environmental Information.**

**For the purpose of this question, the following definitions apply:**

**"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.**

**"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.**

**"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.**

_____

NONE
☑

a.    List the name and address of ever site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and if known, the Environmental Law.

| SITE NAME ADDRESS | NAME & ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| | | | |

**NONE** ☑

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME ADDRESS | NAME & ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| | | | |

**NONE** ☑

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS | DOCKET NUMBER | DATES OF OPERATION |
|---|---|---|
| | | |

### 18.   Nature, location and name of business

**NONE** ☐

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned five percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned five percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER ID NUMBER | ADDRESS | NATURE OF BUSINESS | DATES |
|---|---|---|---|---|
| Grandma's Kitchen, Inc. 400 West Aspen Glenrock, WY | | | Resturant | 12/98-6/04 |

**NONE** ☑

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|
| | |

*[If completed by an individual or individual or spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date____**2-15-05**____

Signature
of Debtor **RANDALL D. TOBLER**

Date____**2-15-05**____

Signature
Joint Debtor **JANET L. TOBLER**
(if any)

\*     \*     \*     \*     \*     \*     \*

*[if completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge information and belief.

Date_____

Signature _____

_____
Print Name and Title

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

____continuation sheets attached

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to five years or both. 18 U.S.C. §152 and 3571

B 201 (11/03)

# UNITED STATES BANKRUPTCY COURT

# NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

## Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or party of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family - owned farm.

I, the debtor, affirm that I have read this notice.

| | | |
|---|---|---|
| 3-15-05 | *[signature]* | |
| Date | Signature of Debtor | Case Number |

## IN RE:   RANDALL & JANET TOBLER          CASE NO.

## INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.    I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.    I intend to do the following with respect to the property of the estate which secures those consumer debts:

a. Property to be surrendered.

| Description of property | Creditor's Name |
|---|---|
| NONE | |

b. Property to be retained

| Description of property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| | | | | |

Date: **3-15-05**

_RANDALL D. TOBLER_

_JANET L. TOBLER_

Gloria J. Monore
Attorney for Debtors
141 South Center, Ste. 313
Casper, WY 82601
(307) 265-6611

# In the United States Bankruptcy Court
## For the District of Wyoming

In re

RANDALL D. TOBLER,                           CASE NO.
JANET L. TOBLER,

                                             CHAPTER 7


Debtors.

---

## STATEMENT OF ATTORNEY FOR PETITIONER PURSUANT
## TO BANKRUPTCY RULE 2016(B)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rule, states that:

(1) The undersigned, is the attorney for the debtor(s) in this case.

(2) The compensation paid or agreed to be paid by the debtor(s) in this case.

    (a) for legal services rendered or to be rendered in contemplation and in connection with this case.. $991

    (b) prior to filing this statement, debtor(s) have paid.................................................................. $1,200

    (c) the unpaid balance due and payable is ........................................................................................ $.00

(3) $209.00 of the filing fee in this case has been paid.

(4) The services rendered or to be rendered include the following:

    (a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under Title 11, United States Bankruptcy Code.

    (b) Preparation and filing of the petition, schedules of assets and liabilities, statement of affairs, and other documents required by the court.

    (c) Representation of the debtor(s) at the first meeting of creditors, confirmation hearing, Relief from Stay, and compliance with General Order No. 1.

    (d) Attorney may seek supplemental fees for Relief from Stay hearings.

(5) The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and if a fee is paid by transfer of property or is security is taken, give details here and in appropriate Section of Schedules or Statement of Affairs.

(6) The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

(7) The undersigned have not shared or agreed to share, with any other person, other than with members of their law firm or corporation, any compensation paid or to be paid except as follows:

Dated: March 18, 2005

                                           GLORIA J. MONROE

**In re:  RANDALL & JANET TOBLER**

*DECLARATION CONCERNING DEBTOR'S MATRIX*

*[If completed by an individual or individual or spouse]*

I declare under penalty of perjury that I have read the foregoing matrix consisting of ___6___
sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date ___3-15-05___

Signature
of Debtor **RANDALL D. TOBLER**

Date ___2-15-05___

Signature
of Joint Debtor **JANET L. TOBLER**
(if any)

\*     \*     \*     \*     \*     \*     \*

*[if completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the foregoing matrix consisting of ____ sheets
and that they are true and correct to the best of my knowledge information and belief.

Date_____

Signature  _____

_____
Print Name and Title

*[An individual signing on behalf of a partnership or corporation must indicate position or
relationship to debtor.]*

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to five years or both. 18 U.S.C. §152 and 3571*

A T & T
P. O. Box 78225
Phoenix, AZ 85062


ADCOM Universal
2921 Avenue E East
Arlington, TX 75011


Amoco Federal CU
P. O. Box 889
Texas City, TX 77592


ANRS
15545 SE 102nd. Avenue
Clacamas, OR 97015


ARS
P. O. Box 70
Scottsbluff, NE 69363


Business Creditor Management
P. O. Box 297
Willis, TX 77378


Casper Surgical Center
1201 East Third
Casper, WY 82601


Clapp & Associates
323 South David
Casper, WY 82601

Collection Bureau America
25954 Eden Landing Road
Hayward, CA 94545


Collection Center
P. O. Box 4000
Rawlins, WY 82301


Collection Center
P. O. Box 1470
Rawlins, WY 82301


Dan & Falgiani
4531 Belmont Ave. #C
Youngstown, OH 44505


Department of Employment
1510 East Pershing Blvd.
Cheyenne, WY 82002


Dr. Angelo Santiago
1020 East Second, #100
Casper, WY 82601


Dr. Pipen & Hageman
1224 East Second
Casper, WY 82601


Glenrock Independent
P. O. Box 9
Glenrock, WY 82637

Harold E. Scherr
300 Primera Blvd, #356
Lake Mary, FL 32746


Healthcare Payment System
P. O. Box 4000
Rawlins, WY 82301


Hilltop National Bank
P. O. Box 2680
Casper, WY 82602


Household Credit Services
P. O. Box 98715
Las Vegas, NV 89193-8715


Internal Revenue Service
5353 Yellowstone Road, Room 204A
Cheyenne, WY 82009


Jan Charles Gray
P. O. Box 826
Los Angeles, GA 90078


Jeffers Electric, Inc.
P. O. Box 713
Douglas, WY 82633


Kinder Morgan
P. O. Box 3000
Scottsbluff, NE 69363-3000

Harrington Law Firm
P. O. Box 51328
Casper, WY 82605


McCarthy, Burgess & Wolfe
26000 Cannon Road
Cleveland, OH 44146


Medical Testing Lab
2115 East 12th Street
Casper, WY 82601


NCB Management Services
P. O. Box 1099
Langhorne, PA 19047


Neal M. Johnson
P. O. Box 1416
Glenrock, WY 82637


Pacific Power
1033 NE 6th Ave.
Portland, OR 97256-0001


Peterson Reed L.L.C.
9 Exchange Place
Salt Lake City, UT 84111


Phone Directories Co.
135 South Mountain Way Dr.
Orem, UT 84058

Qwest
Payment Center
Denver, CO 80244-0001


RMA
P. O. Box 970
Casper, WY 82602


Rocky Mountain Recovery
400 East First, #312
Casper, WY 82601


Sams Club
P. O. Box 981064
El Paso, TX 79998-1064


Spar Stormo
111 West Second, Ste. 311
Casper, WY 82602-0725


Universal Adcom
P. O. Box 535667
Grand Prairie, TX 75053-5667


U S Attorney's Office - IRS Claim
P. O. Box 668
Cheyenne, WY 82003


Wyoming Center for Sight
1421 Wilkins Circle
Casper, WY 82601

Wyoming Medical Center
1233 East Second
Casper, WY 82601